Argued January 20, affirmed February 13, 1978

PHILLIPS, *Petitioner,*

*v.*

PECO MANUFACTURING COMPANY, *Respondent.*

(Nos. 76-5620 & 76-5621, Claim Nos. 758018 & 760417, CA 9415)

574 P2d 707

James W. Walker, Portland, argued the cause and filed the brief for petitioner.

R. Kenney Roberts, Portland, argued the cause for respondent. On the brief were Richard L. Lang and Jones, Lang, Klein, Wolf & Smith, Portland.

Before Schwab, Chief Judge, and Johnson, Gillette and Roberts, Judges.

PER CURIAM.

**PER CURIAM.**

The only question claimant raises on appeal is whether an employer or insurer may unilaterally stop paying temporary total disability benefits when the claimant has returned to work in a different capacity but with the same hours and wages. We have previously answered that question in the affirmative. *Jackson v. SAIF*, 7 Or App 109, 490 P2d 507 (1971).

Affirmed.